IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA PELHAM, ASHLY PELHAM,
MIRANDA PELHAM,

        Plaintiffs,        No.  03:13-cv-01233-HU

v.

UNITED STATES OF AMERICA,        ORDER

        Defendant.

HERNÁNDEZ, District Judge:

Magistrate Judge Hubel issued a Findings and Recommendation [19] on June 23, 2014, in which he recommends that this Court grant the government's Motion to Dismiss for Lack of Jurisdiction [11].

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings & Recommendation [19]. Accordingly, the government's motion to dismiss for lack of jurisdiction [11] granted.

IT IS SO ORDERED.

DATED this ____7____ day of ___August___, 2014.

_____
MARCO A. HERNÁNDEZ
United States District Judge